**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-1113

LEIGH ANN HARRIS,

        Plaintiff - Appellant,

    v.

THE VANGUARD GROUP, INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:15-cv-00382-MOC-DSC)

Submitted: July 29, 2016        Decided: August 3, 2016

Before NIEMEYER, MOTZ, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leigh Ann Harris, Appellant Pro Se. Shalanna Lee Pirtle, Stacy Kaplan Wood, PARKER, POE, ADAMS & BERNSTEIN, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leigh Ann Harris appeals the district court's order accepting the recommendation of the magistrate judge and denying relief in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm. Harris v. The Vanguard Group, Inc., No. 3:15-cv-00382-MOC-DSC (W.D.N.C. Jan. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED